IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ERICA DELOACH, | ) |
| | ) |
| Plaintiff, | ) |
| | )     Cause No. 26-cv-1180 |
| vs. | ) |
| | ) |
| BIOTECH X-RAY, INC., and | ) |
| TAMARA SCHWARTZ, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF REMOVAL

COME NOW Defendants, Biotech X-ray, Inc., and Tamara Schwartz, and, pursuant to 28 U.S.C. §§ 1331, 1343, 1441 and 1446, file this Notice of Removal of the above-captioned action to the United States District Court for the Eastern District of Missouri. In support thereof, Defendants state:

1.     The above-captioned action, now pending in the Circuit Court of St. Louis County, Missouri, is a civil action in which Plaintiff claims retaliation and discrimination in employment under 42 U.S.C. § 1981. Plaintiff is seeking lost wages and benefits, emotional damages, punitive damages, and her attorney's fees and costs.

2.     A copy of Plaintiff's Petition and all pleadings filed in the state circuit court, including the docket sheet, are attached to this Notice as Exhibit A.

3.     Plaintiff's alleged claims under 42 U.S.C. § 1981 raise a federal question. As such, this Court has original jurisdiction over the subject matter pursuant to 28 U.S.C. § 1331 and 1343, and the cause is removable to this Court pursuant to 28 U.S.C. § 1441.

1

4.    In the state court action, summonses directed at Defendants were issued on June 18, 2026. Exhibit A, p. 1.  However, per request of Plaintiff's counsel, the undersigned counsel was given authority by Defendants to accept service of process on their behalf on June 24, 2026. See Exhibit B, email between counsel operating as service of process. Defendants are filing this Removal within thirty days of service being accepted by counsel. Accordingly, this Notice of Removal is timely filed.  28 U.S.C. § 1446(b).

5.    This Notice of Removal shall be served on attorneys for Plaintiff and filed with the Clerk of the Circuit Court of St. Louis County, Missouri.  Proof of such notice shall be filed with this Court forthwith.

**WHEREFORE**, Defendants request that the above-referenced state court action be removed from the Circuit Court of St. Louis County, Missouri to this Court, and that this Court accept jurisdiction over the case.

/s/*Christine A. Vaporean*
Christine A. Vaporean #48021
Brown & James, P.C.
800 Market Street, Suite 1100
St. Louis, MO 63101
(314) 421-3400 Telephone
(314) 421-3128 Facsimile
cvaporean@bjpc.com

*Attorneys for Defendants*

CAV/33547129

2